| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-CR-50062-FL-09 |
|---|---|---|
| | **AMENDED TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jordan Vandesteene | Eastern District of Michigan | Flint |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Paul V. Gadola | |
| | DATES OF SUPERVISED RELEASE | FROM 04/27/2007 — TO 04/26/2010 |

**08CR 303**

RECEIVED APR 09 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

OFFENSE

21 U.S.C. § 841(a)(1) and 846, Conspiracy to Possess With Intent to Distribute and to Distribute MDMA

JUDGE ZAGEL

MAGISTRATE JUDGE DENLOW

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/2/08

Date

*[signature]*
Honorable Paul V. Gadola
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 14 2008

Effective Date

*[signature]*
United States District Judge

FILED
APR 14 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT